SEND-O

FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2014
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>John Earl Vaughn<br>Defendant. | Case No.: ED CR 14-27-JGB<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation
    (X)   information in the violation petition and report(s)
    (X)   the defendant's nonobjection to detention at this time
    ( )   other: _____

1

1            and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and
3            convincing evidence that he/she is not likely to pose a danger to the
4            safety of any other person or the community if released under 18 U.S.C.
5            § 3142(b) or (c).  This finding is based on the following:
6            (X)    information in the Pretrial Services Report and Recommendation
7            (X)    information in the violation petition and report(s)
8            (X)    the defendant's nonobjection to detention at this time
9            ( )    other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

13

14 Dated: October 23, 2014           _____
15                                                   SHERI PYM
                                                  United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28